FILED

Otto Graham, CDC# D-269552    2008 MAY 29 A 9 46
CTF Y Wing, 237 Low
P.O. Box 689                RICHARD W. WIEKING
Soledad, CA 93960              CLERK
                         U.S. DISTRICT COURT
                         NO. DIST. OF CA. S.J.

In Pro Per

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

OTTO GRAHAM                          C08 02697 WHA
                    Plaintiff,        CASE NO. _____

vs.                                   **PRISONER'S**
                                      **APPLICATION TO PROCEED**
                                      **IN FORMA PAUPERIS**

                    Defendant.

I, _____Otto Graham_____, declare, under penalty of perjury that I am the plaintiff in
the above entitled case and that the information I offer throughout this application is true and correct.
I offer this application in support of my request to proceed without being required to prepay the full
amount of fees, costs or give security. I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, J provide the following information:

1.    Are you presently employed?                    Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name
and address of your employer.

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1   and wages per month which you received.   (If you are imprisoned, specify the last place of

2   employment prior to imprisonment.)

3   _____

4   _____

5   _____

6   2.      Have you received, within the past twelve (12) months, any money from any of the following

7   sources:

8        a.      Business, Profession or               Yes ____ No __×__

9                self employment

10       b.      Income from stocks, bonds,             Yes ____ No __×__

11               or royalties?

12       c.      Rent payments?                         Yes ____ No __×__

13       d.      Pensions, annuities, or                Yes ____ No __×__

14               life insurance payments?

15       e.      Federal or State welfare payments,     Yes ____ No __×__

16               Social Security or other govern-

17               ment source?

18   If the answer is "yes" to any of the above, describe each source of money and state the amount

19   received from each.

20   _____

21   _____

22   3.      Are you married?                           Yes ____ No __×__

23   Spouse's Full Name: _____

24   Spouse's Place of Employment: _____

25   Spouse's Monthly Salary, Wages or Income:

26   Gross $_____ Net $_____

27   4.      a.      List amount you contribute to your spouse's support:$ _____

28           b.      List the persons other than your spouse who are dependent upon you for support

1    and indicate how much you contribute toward their support. (NOTE: For minor

2    children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3  _____

4  _____

5  5.  Do you own or are you buying a home?   Yes _____ No _×_

6  Estimated Market Value: $_____ Amount of Mortgage: $_____

7  6.  Do you own an automobile?    Yes _____ No _×_

8  Make _____ Year _____ Model _____

9  Is it financed? Yes _____ No _____ If so, Total due: $_____

10  Monthly Payment: $_____

11  7.  Do you have a bank account? Yes _____ No _×_ (Do not include account numbers.)

12  Name(s) and address(es) of bank: _____

13  _____

14  Present balance(s): $_____

15  Do you own any cash? Yes _____ No _×_ Amount: $_____

16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17  market value.) Yes _____ No _____

18  _____

19  8.  What are your monthly expenses?  None.

20  Rent: $_____   Utilities: _____

21  Food: $_____   Clothing: _____

22  Charge Accounts:

23  Name of Account  Monthly Payment   Total Owed on This Acct.

24  _____ $_____ $_____

25  _____ $_____ $_____

26  _____ $_____ $_____

27  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom

28  they are payable. Do not include account numbers.)  No.

1  _____

2  _____

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?   Yes _____ No ✕

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  _5/22/08_                    _____

15      DATE                          SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____        _____
Date                            Authorized Officer of Institution (Signature)