FILED
08 JUN 13 PM 1:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OTTO GRAHAM,

    Plaintiff,

vs.

MARIA LOPEZ, et al.,

    Defendant.

CASE NO. C08-2697 WHA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __Otto Graham__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or                      Yes ___ No _x_
10        self employment
11   b.   Income from stocks, bonds,                   Yes ___ No _x_
12        or royalties?
13   c.   Rent payments?                               Yes ___ No _x_
14   d.   Pensions, annuities, or                      Yes ___ No _x_
15        life insurance payments?
16   e.   Federal or State welfare payments,           Yes ___ No _x_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____

22  _____

23  3.    Are you married?                             Yes ___ No _x_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ __0__     Utilities: __0__
23 Food: $ __0__     Clothing: __0__
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____    $ _____    $ _____
27 _____    $ _____    $ _____
28 _____    $ _____    $ _____

1  9.     Do you have any other debts?  (List current obligations, indicating amounts and to
2  whom they are payable.  Do not include account numbers.)
3  ___No._____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  __June 6, 2008__                    __Otto W. Graham Jr._____
17         DATE                                    SIGNATURE OF APPLICANT

1
2                                                           Case Number: __C08-2697__
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                            **IN**
10                              **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _____ for the last six months
                                                [prisoner name]
14 _____ where (s)he is confined.
          [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ _____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____                    _____
                                              [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                                               REPORT DATE: 05/30/08
                                                                      PAGE NO:            1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT


ACCOUNT NUMBER  : D26955                    BED/CELL NUMBER: CFYWT200000237L
ACCOUNT NAME    : GRAHAM, OTTO WADE         ACCOUNT TYPE: I
PRIVILEGE GROUP : B


                             TRUST ACCOUNT ACTIVITY

                          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                             TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED

    0.29         0.00          0.00          0.29        0.00            0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE

                                                                0.29
```

Otto Graham, CDC# D-26955
CTF Y Wing, 237
P.O. Box 689
Soledad, CA 93960

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

Legal Mail