IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO WADE GRAHAM, JR., | No. C 08-2697 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MARIS LOPEZ, et al., | |
| Defendants. | |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application to proceed in forma pauperis ("IFP") was deficient, among other things because he had failed to provide a completed certificate of funds in inmate account. His application had a certificate page, but it was not completed. Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP deficiencies within thirty days. He has filed another application, but still has left the certificate page blank.

Leave to proceed in forma pauperis (document number 2 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August  4 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\GRAHAM2697.DSM-IFP.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| OTTO WADE GRAHAM JR., | Case Number: CV08-02697 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MARIA LOPEZ, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Otto W. Graham
D-26955/ Y Wing 237
Correctional Training Facility
PO Box 689
Soledad, CA 93960

Dated: August 4, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk