IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OTTO WADE GRAHAM, JR.,

    Plaintiff,

v.

MARIS LOPEZ, et al.,

    Defendants.
                                      /

No. C 08-2697 WHA (PR)

**JUDGMENT**

The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: August __4__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\GRAHAM2697.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO WADE GRAHAM JR., | Case Number: CV08-02697 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MARIA LOPEZ, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Otto W. Graham
D-26955/ Y Wing 237
Correctional Training Facility
PO Box 689
Soledad, CA 93960

Dated: August 4, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk