Otto W. Graham Jr., CDC# D26955
CTF Y Wing, 237 Low
P.O. Box 689
Soledad, CA 93960

**FILED**

AUG 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

August 20, 2008

To The Honorable
William Alsup
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Order and Judgment re
Dismissal of Action
<u>Graham</u> v. <u>Lopez</u>, et al.
※ C08-2697 WHA (PR)

Dear Judge Alsup:

I am writing to inform you that I am still interested in prosecuting the above-entitled civil action. At Correctional Training Facility (CTF) the process for obtaining certification/verification of a prisoner's Trust Account entails presenting the In Forma Pauperis Declaration to the Trust office via Correctional Counselor. Unfortunately, I have a counselor (CCI Diaz) who is - to be frank - lazy. And other counselors are reluctant to get involved in matters that don't concern their caseload.

I am going to take a leap of faith and submit the In Forma Pauperis Declaration directly to the Trust Office via institutional mail, and ask that they mail the Declaration to your Court.

I am sorry for any inconveniences. Thank you for your consideration and patience in this matter.

Respectfully submitted

_Otto W. Graham Jr._
Otto W. Graham Jr.

Otto W. Graham Jr., 10-26955
P.O. Box 689/Y237
Soledad, CA 93960

"Confidential"

[Postage mark: PITNEY BOWES $00.42⁰ AUG 25 2008, MAILED FROM ZIPCODE 93960, 0004229613]

To The Honorable
William Alsup
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

8/24/08

J. [signature]